MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00617 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 28, 2012 and SEPTEMBER 24, 2012 |
| RUBEN MACIAS CHAVEZ, | |
| Defendant. | |

     The defendant, Ruben M. Chavez, represented by VARELL L. FULLER, Assistant Federal Public Defender, and the government, represented by DANIEL R. KALEBA, Assistant United States Attorney, appeared on June 28, 2012, before the Magistrate Judge for arraignment on the Indictment. The court set the date of August 27, 2012 for a status appearance with the district court. Co-defendant Frank Contreras in the above referenced matter was sentenced by this Court on July 9, 2012. The government has provided discovery and a proposed disposition to Mr. Chavez. The parties require additional time to negotiate a proposed disposition, and jointly stipulate and request to continue the August 27 appearance for approximately 30 days, to September 24, 2012 at 9:00 a.m. The parties also request an exclusion of time under the Speedy

Trial Act between June 28, 2012 and September 24, 2012 to allow counsel reasonable time necessary for effective preparation, as well as to provide continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

Respectfully submitted,

Date: August 23, 2012

/s/
VARELL L. FULLER
Counsel for Mr. Chavez

MELINDA HAAG
United States Attorney

Date: August 23, 2012

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between June 28, 2012 and September 24, 2012 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between June 28, 2012 and September 24, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between June 28, 2012 and September 24, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: ⌐☐☐☐

RONALD M. WHYTE
United States District Judge