1   STEVEN G. KALAR
    Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant MACIAS-CHAVEZ

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11
    UNITED STATES OF AMERICA,          )   No. CR-11-00617 RMW (PSG)
12                                      )
                     Plaintiff,         )   STIPULATION AND ~~PROPOSED~~ ORDER
13                                      )   EXONERATING BOND
    vs.                                 )
14                                      )
    RUBEN MACIAS CHAVEZ,                )
15                                      )
                     Defendant.         )   HON. PAUL S. GREWAL
16  _____)

17
                             **STIPULATION**
18
          Defendant Ruben Macias Chavez, by and through Assistant Federal Public Defender
19
    Varell L. Fuller, and the United States, by and through Assistant United States Attorney Daniel
20
    R. Kaleba, hereby stipulate, with the Court's approval, to the Court's entry of an Order
21
    Exonerating the Bond previously set in this matter, and agree as follows:
22
          On October 22, 2004, the Court set bond in this matter in the amount of $20,000 to be
23
    secured by cash. *See* Docket Item 26.   Mr. Macias-Chavez's significant other, Shannon Davey
24
    subsequently posted $20,000 with the Clerk of the Court in satisfaction of the bond.
25
          On January 14, 2013, at a hearing before the Honorable Ronald M. Whyte, Mr. Macias-
26

1   Chavez entered a guilty plea to having violated 18 U.S.C. § 922(g), felon in possession, pursuant

2   to an Fed. R. Crim. P. 11(c)(1)(C) agreement that provided for a sentence of twelve months and

3   one day.  At the defendant's request, the Court remanded Mr. Macias-Chavez into custody at the

4   conclusion of the January 14, 2013, change of plea hearing, and he is presently in the custody of

5   the United States Marshal.  Accordingly, the parties jointly request that the Court enter an Order

6   to Exonerate the Bond.

7           Defense counsel has discussed this request with Mr. Chavez's Pretrial Services Officer,

8   Ladreena Walton, and she has no objection.

9           IT IS SO STIPULATED.

10  Dated: January 18, 2013

11

12                                      _____/s/_____
                                        VARELL L. FULLER
13                                      Assistant Federal Public Defender

14  Dated:  January 18, 2013            _____/s/_____
                                        DANIEL R. KALEBA
15                                      Assistant United States Attorney

16
                                **[PROPOSED] ORDER**
17
            GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
18
    ORDERED that the bond previously set in this matter is hereby exonerated.
19
            IT IS SO ORDERED.
20

21  Dated: January 23, 2013
                                        THE HONORABLE PAUL S. GREWAL
22                                      United States Magistrate Judge

23

24

25

26

    Stipulation and ~~Proposed~~ Order Exonerating Bond
    No. CR 11-00617 RMW (PSG)              2